IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE RODRIGUEZ GARCIA,<br><br>　　　　Petitioner,<br><br>　　vs.<br><br>RAUL LOPEZ,<br><br>　　　　Respondent.<br>_____/ | 1:10-cv-1309 DLB (HC)<br><br>ORDER GRANTING MOTION<br>TO PROCEED IN FORMA PAUPERIS<br><br>(DOCUMENT #3) |

Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

Petitioner has filed a motion to proceed in forma pauperis. Examination of the document reveals that petitioner is unable to afford the costs of this action. Accordingly, the motion to proceed in forma pauperis is GRANTED. See 28 U.S.C. § 1915.

IT IS SO ORDERED.

　　Dated:   July 29, 2010　　　　　　　　/s/ Dennis L. Beck
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE