# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE RODRIGUEZ GARCIA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RAUL LOPEZ, Warden,<br><br>　　　　Defendant. | Case No. 1:10-cv-01309 LJO DLB HC<br><br>ORDER STRIKING MOTION FOR REVIEW OF DENIAL OF MOTION FOR RECONSIDERATION<br><br>[ECF No. 32] |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On January 10, 2011, the Court issued an order granting Respondent's motion to dismiss and dismissing the petition with prejudice for lack of jurisdiction. Judgment was entered the same date. On February 7, 2011, Petitioner filed a notice of appeal, and the appeal was transferred to the Ninth Circuit Court of Appeals. On May 24, 2012, the Ninth Circuit denied the appeal.

On July 15, 2015, Petitioner filed a motion for reconsideration. On July 16, 2015, the Court denied the motion for reconsideration.

On September 14, 2015, Petitioner filed a motion for review of the Court's order denying his motion for reconsideration. It is unclear why this motion was filed in this Court as Petitioner captioned the motion for the Ninth Circuit Court of Appeals, and Petitioner is seeking relief from the Ninth Circuit. This Court lacks jurisdiction to rule on Petitioner's motion.

Accordingly, IT IS HEREBY ORDERED that the motion for review of denial of motion for reconsideration is STRICKEN.

IT IS SO ORDERED.

Dated: **October 6, 2015**     /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE